IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD WILLIAMS, | : | Case No. 4:15-cv-01950 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| DONALD NEALIS and | : | |
| NORTHEAST BUILDER | : | |
| AND DESIGN, INC. | : | |
| | : | |
| Defendants. | : | |

**ORDER**
May 6, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS

HEREBY ORDERED THAT Defendant's Motion to Dismiss (ECF No. 10)

Counts II and IV of Plaintiff Todd Williams' Amended Complaint (ECF No. 8) is

DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1